UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | CR 11-3 PJS/FLN |
| Plaintiff, | |
| v. | O R D E R |
| Mario Montalban-Ramirez, | |
| Defendant. | |

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated February 9, 2011, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that:

1. Defendant's motion to suppress evidence obtained as a result of search and search [#13] is DENIED as moot; and

2. Defendant's motion to suppress statements, admissions and answers [#14] is DENIED as moot.


DATED:  __02/24__, 2011          s/Patrick J. Schiltz
at Minneapolis, Minnesota        Patrick J. Schiltz
                                 United States District Judge